FILED
CHARLOTTE, NC
SEP 11 2018
US District Court
Western District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | UNDER SEAL |
| GOOGLE, INC. FOR INFORMATION ASSOCIATED WITH CERTAIN GOOGLE, INC. E-MAIL ACCOUNTS | CASE NO. 3:18mj302-1 |
| MICROSOFT CORPORATION FOR INFORMATION ASSOCIATED WITH MICROSOFT CORPORATION E-MAIL ACCOUNT AROWJET@HOTMAIL.COM | CASE NO. 3:18mj302-2 |
| OATH HOLDINGS, INC. FOR INFORMATION ASSOCIATED WITH OATH HOLDINGS, INC. E-MAIL ACCOUNT ARROWDUPLAIN@YAHOO.COM | CASE NO. 3:18mj302-3 |

## GOVERNMENT'S MOTION TO SEAL

NOW COMES the United States of America, by and through Sandra Moser, Acting Chief, Criminal Division, Fraud Section, and R. Andrew Murray, United States Attorney for the Western District of North Carolina, and respectfully moves this Honorable Court for an Order sealing the application for a search warrant, the search warrant, and supporting affidavit submitted in connection with the above-referenced matter. These documents contain information regarding an ongoing investigation, the existence of which is not yet known to the potential targets. Disclosure of these documents to the public could disrupt the investigation, particularly because they reference information obtained from a defendant in a related case who is cooperating with the government in this investigation.

WHEREFORE, the government respectfully asks the Court to place all documents submitted in connection with this matter, along with this motion, under seal until further order of the Court.

| R. ANDREW MURRAY | /s/ |
| UNITED STATES ATTORNEY | CHRISTOPHER FENTON |
| | Trial Attorney |
| | christopher.fenton@usdoj.gov |
| SANDRA MOSER, | WILLIAM H. BOWNE |
| ACTING CHIEF, FRAUD SECTION | william.bowne2@usdoj.gov |
| CRIMINAL DIVISION | Trial Attorney |
| U.S. DEPARTMENT OF JUSTICE | Fraud Section, Criminal Division |
| | United States Department of Justice |
| | 1400 New York Avenue, NW |
| | Washington, D.C. 20005 |
| | Direct Line: (202) 514-0561 |

It is so **ORDERED**, this 11th day of September, 2018:

_____/s/_____
Hon. David C. Keesler
United States Magistrate Judge