**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| **IN THE MATTER OF THE SEARCH OF:** | ) | **CASE NO. 3:17mj392-2** |
| | ) | |
| **MICROSOFT CORPORATION FOR** | ) | |
| **INFORMATION ASSOCIATED WITH** | ) | |
| **MICROSOFT E-MAIL ACCOUNTS** | ) | |
| **CJ@EARTHWATER.COM** AND | ) | |
| **BB@EARTHWATER.COM** | ) | |
| | ) | |
| **GOOGLE, INC. FOR INFORMATION** | ) | **CASE NO. 3:17mj392-1** |
| **ASSOCIATED WITH GOOGLE, INC.** | ) | |
| **E-MAIL ACCOUNTS** | ) | |
| **CJCOMU@GMAIL.COM** AND | ) | |
| **EARTHWATER.DAN@GMAIL.COM** | ) | |
| | ) | |
| **MICROSOFT CORPORATION FOR** | ) | **CASE NO. 3:18mj171-5** |
| **INFORMATION ASSOCIATED WITH** | ) | |
| **CERTAIN MICROSOFT CORPORATION** | ) | |
| **E-MAIL ACCOUNTS** | ) | |
| | ) | |
| **GOOGLE, INC. FOR INFORMATION** | ) | **CASE NO. 3:18mj171-4** |
| **ASSOCIATED WITH CERTAIN GOOGLE,** | ) | |
| **INC. E-MAIL ACCOUNTS** | ) | |
| | ) | |
| **OATH HOLDINGS, INC. FOR** | ) | **CASE NO. 3:18mj171-3** |
| **INFORMATION ASSOCIATED WITH** | ) | |
| **OATH HOLDINGS, INC. E-MAIL** | ) | |
| **ACCOUNTS RICHKAY17@YAHOO.COM** | ) | |
| AND **HIGHPLAINS88@YAHOO.COM** | ) | |
| | ) | |
| **APPLE, INC. FOR INFORMATION** | ) | **CASE NO. 3:18mj171-2** |
| **ASSOCIATED WITH APPLE, INC.** | ) | |
| **E-MAIL ACCOUNT** | ) | |
| **MERVYNPRICE@ICLOUD.COM** | ) | |
| | ) | |
| **WEB.COM GROUP INC./NETWORK** | ) | **CASE NO. 3:18mj171-1** |
| **SOLUTIONS, LLC FOR INFORMATION** | ) | |
| **ASSOCIATED WITH WEB.COM E-MAIL** | ) | |
| **ACCOUNT HYDRO@CAPITAL360.C0M** | ) | |
| | ) | |
| **GOOGLE, INC. FOR INFORMATION** | ) | **CASE NO. 3:18mj302-1** |
| **ASSOCIATED WITH CERTAIN GOOGLE,** | ) | |
| **INC. E-MAIL ACCOUNTS** | ) | |

| | | |
|---|---|---|
| MICROSOFT CORPORATION FOR INFORMATION ASSOCIATED WITH MICROSOFT CORPORATION E-MAIL ACCOUNT AROWJET@HOTMAIL.COM | ) ) ) ) ) | CASE NO. 3:18mj302-2 |
| OATH HOLDINGS, INC. FOR INFORMATION ASSOCIATED WITH OATH HOLDINGS, INC. E-MAIL ACCOUNT ARROWDUPLAIN@YAHOO.COM | ) ) ) ) ) ) | CASE NO. 3:18mj302-3 |
| DROPBOX, INC. FOR INFORMATION ASSOCIATED WITH CERTAIN DROPBOX ACCOUNTS | ) ) ) ) | CASE NO. 3:18mj170 |
| A CERTAIN ELECTRONIC DEVICE DESCRIBED IN ATTACHMENT A, CURRENTLY LOCATED AT 2300 YORKMONT ROAD, CHARLOTTE, NORTH CAROLINA 28217 | ) ) ) ) ) ) | CASE NO. 3:17mj391 |

**ORDER**

**THIS MATTER IS BEFORE THE COURT** on the "Government's Motion To Unseal" (Document No. 11) filed June 17, 2018. Having carefully considered the motion and the record, and for good cause, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the "Government's Motion To Unseal" (Document No. 11) is **GRANTED**.

Signed: June 26, 2019

David C. Keesler
United States Magistrate Judge

2